# United States District Court

Southern **DISTRICT OF** California

**In the Matter of the Search of**
(Name, address or brief description of person or property to be searched)

Parcel 3
Priority Mail parcel with Delivery Confirmation
Label 0307 0020 0003 2645 5205 addressed to Lisa
Wells, 13901 North Florida Ave, Tampa, FLA 33613
with a return address of Rosa Lee Marshall, 1722
Alpha St, National City, CA 91950



**SEARCH WARRANT**

CASE NUMBER: '07 MJ 2905

TO: A. L. Flores, Postal Inspector    and any Authorized Officer of the United States

Affidavit(s) having been made before me by A. L. Flores    who has reason to
                                            Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
The above described Mail article, which is in the custody of the U.S. Postal Service

in the Southern    District of California    there is now
concealed a certain person or property, namely (describe the person or property)
    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846 which is evidence and contraband.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    12/17/07
                                                     Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to    **BARBARA L. MAJOR**
                                                                                                                **U.S. MAGISTRATE JUDGE**
as required by law.

12/10/07 at 6:11pm              at    SD, CA
Date and Time Issued                  City and State

**BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**                [signature]
Name and Title of Judicial Officer    Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 12-10-07 | 12-13-07   9:30 am | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

US Postal Inspectors A. Flores and S. Machin

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Delivery Confirmation # 0307-0020-0003-2645-5205
Brown cardboard shipping box contained cardboard panels; packing peanuts; large bundle wrapped in multiple layers of green plastic wrap, with liquid soap, dryer sheets and red tape in between the layers. Inside the bundle was a green leafy substance which field tested positive for marijuana which weighed approximately 10,031.6 grams.

[signature] 12-13-07

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

[signature: Ana Ceres]

Subscribed, sworn to, and returned before me this date.

[signature: Barbara L. Major]       12/14/07
U.S. Judge or Magistrate              Date